# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 17-cv-01595-CMA-MJW

PINON SUN CONDOMINIUM ASSOCIATION, INC., a Colorado non-profit corporation,

    Plaintiff and Counter Defendant,

v.

ATAIN SPECIALTY INSURANCE COMPANY, a foreign corporation,
INDIAN HARBOR INSURANCE COMPANY, a foreign corporation, and
GREAT LAKES INSURANCE, SE, *f/k/a* Great Lakes Reinsurance UK, Plc, a foreign corporation,

    Defendants and Counterclaimants.

---

ATAIN SPECIALTY INSURANCE COMPANY, a foreign corporation,
INDIAN HARBOR INSURANCE COMPANY, a foreign corporation, and
GREAT LAKES INSURANCE, SE, *f/k/a* Great Lakes Reinsurance UK, Plc, a foreign corporation,

    Defendants and Third-Party Plaintiffs,

v.

CLAIM SOLUTIONS LLC, a Colorado limited liability company,
SCOTT BENGLEN,
SHALZ CONSTRUCTION LLC, a Colorado limited liability company, and
BRADLEY SHALZ,

    Third Party Defendants.

---

**ORDER AFFIRMING AND ADOPTING THE JUNE 29, 2018, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the June 29, 2018, Recommendation by United States Magistrate Judge Michael J. Watanabe that Plaintiff Pinon Sun Condominium Association, Inc. and Third-Party Defendants Claim Solutions LLC, Scott Berglen, Shalz Construction LLC, and Bradley Shalz's (together, "Movants") Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. # 52; Doc. # 64) be granted in part and denied in part. (Doc. # 167.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 167 at 17.) Despite this advisement, no party filed objections to Magistrate Judge Watanabe's Recommendation. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed all the relevant pleadings concerning Movants' Motions to Dismiss and the Recommendation, in addition to applicable portions of the record and relevant legal authority. It is satisfied that that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge Watanabe (Doc. # 167) is AFFIRMED and ADOPTED;

2. Movants' Motions to Dismiss (Doc. # 52; Doc. # 64) are GRANTED IN PART as to Defendants and Third-Party Plaintiffs' Claims Six and Seven, and these claims are DISMISSED WITHOUT PREJUDICE;

3. Movants' Motions to Dismiss (Doc. # 52; Doc. # 64) are DENIED IN PART as to Defendants and Third-Party Plaintiffs' Claims Two, Three, Four, Five, and Eight.

DATED: July 18, 2018

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge